UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AUTO CLUB FAMILY INSURANCE CO.                    CIVIL ACTION

VERSUS                                             NO. 06-2508
                                                   REF: 06-11181

OLIVER BALL                                        SECTION: "K"(1)

## ORDER

Considering that the present matter was terminated by this Court's Order of Dismissal (Rec. Doc. 14) entered on November 27, 2007, accordingly,

**IT IS ORDERED** that Plaintiff Auto Club Family Insurance Co.'s Motion to Reopen Case and Motion to Dismiss (Rec. Doc. 15) is hereby **DENIED AS MOOT.**

New Orleans, Louisiana this ___3rd___ day of December, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**